UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT GLEN CARPENTER, | NO.  3:22-cv-5014 |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| | **JURY DEMAND** |
| PIERCE COUNTY, a governmental corporation of the STATE OF WASHINGTON by and through its municipal subdivision, the PIERCE COUNTY SHERIFF'S DEPARTMENT and individual police administration officers including SHERIFF PAUL PASTOR, and JOHN DOES 1-5, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Pierce County, Pierce County Sheriff's Department and Sheriff Paul Pastor hereby remove to this Court the state court action described below.

1.      On October 5, 2021 an action was commenced in the Superior Court of the State of Washington in and for the County of Pierce, entitled Robert Glen Carpenter vs Pierce County, et al., as cause number 21-2-07728-7.  A copy of the complaint is hereto attached as Exhibit A.

NOTICE OF REMOVALNOTICE OF REMOVAL - 1
Notice of Removal
USDC WAWD No.  3:22-cv-5014

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

2.    The first date upon which Defendants Pierce County, Pierce County Sheriff's Department and Sheriff Paul Pastor received a copy of the said complaint was December 17, 2021, when Defendants were served with a copy of the said complaint and a summons from the said state court.  A copy of the summons is attached hereto as Exhibit B.

3.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it arises under a Constitutional provision and federal question jurisdiction.

DATED this 10th day of January, 2022.

MARY E. ROBNETT
Prosecuting Attorney

s/ PETER J. HELMBERGER
PETER J. HELMBERGER, WSBA # 23041
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-7303 / Fax: 253-798-6713
Email: peter.helmberger@piercecountywa.gov

## CERTIFICATE OF SERVICE

On January 10, 2022, I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL   with the Clerk of the Court using the CM/ECF system and I delivered a true and accurate copy to the USPS, postage prepaid, with appropriate instruction to forward the same to the following non-CM/ECF participant(s):

Robert Glen Carpenter
622 Upper Park Street
Tacoma, WA  98404-1636

s/ NADINE BRITTAIN
NADINE BRITTAIN
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph: 253-798-6081 / Fax:  253-798-6713

NOTICE OF REMOVALNOTICE OF REMOVAL - 2
Notice of Removal
USDC WAWD No.  3:22-cv-5014

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713