HONORABLE DAVID G. ESTUDILLO

HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT GLEN CARPENTER,

            Plaintiff,

v.

PIERCE COUNTY, Paul Pastor, and John Does 1-5,

            Defendants.

NO. 22-5014

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

## **ORDER OF DISMISSAL**

THIS MATTER, having come before the Court by way of stipulation entered by plaintiff Robert Glen Carpenter and defendants to dismiss all claims against defendants Pierce County, Paul Pastor, and John Does 1-5, with prejudice and without costs and/or attorney's fees as to either party, and the Court being fully advised, now, therefore, it is hereby ORDERED as follows:

All claims against the above-named defendants brought by plaintiff Robert Glen Carpenter are hereby dismissed with prejudice and without costs and/or attorney's fees as to either party.

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 1

1   DATED this 22nd day of November 2022.

David G. Estudillo
United States District Judge